# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE T. CORSEY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF LOS ANGELES POLICE<br>DEP'T (DIVISION 77) et al.,<br><br>　　　　　Defendants. | ) Case No. CV 16-3343-SJO (JPR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF U.S.<br>) MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

　　　The Court has reviewed the First Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that this action is dismissed for failure to prosecute and for the reasons stated in the June 3 and August 10, 2016 dismissal orders.

DATED: November 2, 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE