**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRONE T. CORSEY,<br><br>            Plaintiff,<br><br>       v.<br><br>CITY OF LOS ANGELES POLICE DEP'T (DIVISION 77) et al.,<br><br>            Defendants. | Case No. CV 16-3343-SJO (JPR)<br><br>**J U D G M E N T** |

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: November 2, 2016

_____
S. JAMES OTERO
U.S. DISTRICT JUDGE